IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ROSA E. CASTRILLON-SANCHEZ<br>**2) ROSA E. SANCHEZ-MERCADO**<br>3) JORGE RIVERA-IZQUIERDO<br>4) JACK O'DELL<br>5) CARMEN Z. SOSA-BARRETO<br>6) LUIS RODRIGUEZ-BARRETO<br>7) NOEMI DELGADO-ALICEA<br>8) LIMARIE AMALBERT-BIRRIEL<br>9) AMARILYS PAGAN-ESTRELLA<br>Defendants | CRIMINAL 10-0247CCC |

**ORDER**

Having considered the Report and Recommendation filed on February 1, 2013 (**docket entry 428**) on a Rule 11 proceeding of defendant Rosa E. Sánchez-Mercado (2) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on February 1, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 1, 2013.  The **sentencing hearing is set for May 2, 2013 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 18, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge